160 A.3d 780

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Kobina A.A. ANDERSON, Petitioner**

**No. 358 EAL 2016**

Supreme Court of Pennsylvania.

November 2, 2016

## ORDER

PER CURIAM

**AND NOW**, this 2nd day of November, 2016, the Petition for Allowance of Appeal is **DENIED.**

Justice Mundy did not participate in the consideration or decision of this matter.